UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:18-cv-08245-FMO (MAA)**                              Date:  **November 26, 2018**

Title  **Jermaine Gomes v. City of Los Angeles, *et al.***

---

Present: The Honorable:     MARIA A. AUDERO, U.S. Magistrate Judge

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**    **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On October 10, 2018, the Court issued a Memorandum Decision and Order Dismissing Complaint with Leave to Amend. ("Order," ECF No. 7.) The Court ordered that if Plaintiff Jermaine Gomes intended to pursue this matter, he was required to file a First Amended Complaint within thirty (30) days after the Order, *i.e.*, by November 9, 2018. (*Id.* at 9.) The Court explicitly cautioned Plaintiff that failure to comply with the Order would "**result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**" (*Id.* at 10.)

To date, Plaintiff has filed neither a First Amended Complaint nor a notice of voluntary dismissal of the action. (A Notice of Dismissal form is attached to this Order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **December 26, 2018** why the Court should not recommend that the case be dismissed without prejudice for want of prosecution. C.D. Cal. L.R. 41-1. If Plaintiff files a First Amended Complaint or a Notice of Dismissal on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

It is so ordered.

Attachment (Notice of Dismissal)

                                                                                         :
                                                              **Initials of Preparer**    cw