JS-6

FILED
CLERK, U.S. DISTRICT COURT
1/31/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE GOMES<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:18-cv-08245-FMO (MAA)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

DATED:

January 30, 2019　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE